**Nigel MACCADO, Plaintiff—Appellant,**

v.

**Nicole JOLLEY, Library Clerk; Douglas C. Denenyns, Director (Warden); Rosalind Roberts, Deputy Director; Doctor Sharma, Jail House Doctor, Defendants—Appellees.**

No. 04–7509.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 29, 2005.

Nigel MacCado, Appellant pro se.

Kevin Bock Karpinski, Matthew Douglas Peter, Allen, Karpinski, Bryant & Karp, Baltimore, Maryland, for Appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

* In fact, King does not even challenge the court's finding of untimeliness on appeal.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nigel MacCado appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See MacCado v. Jolley,* No. CA–04–73–8–AW (D.Md. Aug. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*